UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| EDRICK JAMAR DUNN #1896519 § | |
|    *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| JIM BOB DARNELL, BARBARA SUCSY, § | |
| AND SARA L. SMITH § | Civil Action No. 5:25-CV-00132-H |
|    *Defendants.* § | |
| § | |
| § | |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT CLERK:

Please take Notice that Defendants Barbara Sucsy and Sara L. Smith hereby remove to this Court the state court action described below, pursuant to 42 U.S.C. § 1983, and show the Court as follows:

### I.
#### COURT'S JURISDICTION—FEDERAL QUESTION

This is a civil action in which this Court has original jurisdiction pursuant to 42 U.S.C. § 1983 (federal question) and is one which may be removed to this Court by Defendants Barbara Sucsy and Sara L. Smith pursuant to 28 U.S.C. § 1441(a). The Plaintiff filed his Amended Petition on July 21, 2024. The Plaintiff's Amended Petition, on page 1, asserts "that the defendants have intentionally and knowingly violated the plaintiff's rights under the United States and Texas Constitutions[.]" *See* Pl.'s Am. Pet. at 1. Furthermore, the Plaintiff's Amended Petition, on page 8, asserts that "the state court employees conspired to and did deny 'Due Process', or 'disobey the want of habeas corpus', or 'Abuse Process', or 'Deny Equal Protection', or 'Deny Access to Court, or 'Illegally Restrain', or 'Obstruct Justice' . . . ." *See* Pl.'s Am. Pet. at 8; *see also id.* at 11; 13-

16.   Although inartfully worded, the allegations invoke constitutional claims against the Defendants.

## II.
### TIMELINESS OF REMOVAL

The Plaintiff's most recent pleading which asserted federal claims was his Amended Original Petition, and the Plaintiff filed it on June 4, 2024. However, none of the Defendants were served until late May 2025. Defendants Barbara Sucsy, Sara L. Smith, and Jim Bob Darnell were served on May 22, 2025. Therefore, Defendants Barbara Sucsy and Sara L. Smith are removing this case within 30 days of the Plaintiff's Amended Petition being served on the Defendants. *See* 28 U.S.C. § 1446(b). As set forth below, Defendant Darnell consents to the removal.

## III.
### CONSENT TO REMOVAL

Counsel for Defendants Barbara Sucsy and Sara L. Smith conferred with counsel for Defendant Jim Bob Darnell concerning removal, and Defendant Darnell's counsel consented to removal to federal court.

## IV.
### VENUE

Venue is proper in the Lubbock Division of the Northern District of Texas because a substantial part of the events or omissions giving rise to the Plaintiff's claims occurred within the Lubbock Division. *See* 28 U.S.C. § 1391.

WHEREFORE, PREMISES CONSIDERED, Defendants Barbara Sucsy and Sara L. Smith pray that notice be taken of the removal of the above-mentioned action now pending in the 237th Judicial District Court of Lubbock County, Texas, styled *Edrick Jamar Dunn #1896519 v. Jim Bob Darnell, Barbara Sucsy, and Sara L. Smith* bearing Cause No. DC-2023-CV-1533[1] from that

---

[1] Two state court cases have been consolidated, namely: Cause Nos. DC-2024-CV-0646 and DC-2023-CV-1533.

court to this Honorable Court.

        Respectfully submitted,

        */s/ Matt D. Matzner*
        MATT D. MATZNER
        Texas Bar No. 00797022
        MORGAN DAY VAUGHAN
        Texas Bar No. 24060769
        CRENSHAW, DUPREE & MILAM, L.L.P.
        Post Office Box 64479
        Lubbock, Texas 79464-4479
        Telephone: (806) 762-5281
        Facsimile: (806) 762-3510
        mmatzner@cdmlaw.com
        mvaughan@cdmlaw.com
        ***Counsel for Defendants Barbara Sucsy and Sara L. Smith***

## CERTIFICATE OF SERVICE

      A true and correct copy of the above and foregoing was on this 20th day of June, 2025, served as follows:

**VIA CERTIFIED MAIL, RRR**
**NO. 9589 0710 5270 0002 5980 07**
Edrick Jamar Dunn #1896519
1200 FM 655
Rosharon, Texas 77583
*Pro se Plaintiff*

**VIA ECF**
R. Neal Burt
Sara E. Rice
Megan L. Rogers
Assistant District Attorneys
Lubbock County Courthouse
P.O. Box 10536
Lubbock, Texas 79408
nburt@lubbockcounty.gov
srice@lubbockcounty.gov
mrogers@lubbockcounty.gov
***Counsel for Defendant Jim Bob Darnell***

        */s/ Matt D. Matzner*
        MATT D. MATZNER

JS 44 (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Edrick Jamar Dunn #1896519

### DEFENDANTS
Jim Bob Darnell, Barbara Sucsy, and Sara L. Smith

**(b)** County of Residence of First Listed Plaintiff: **Brazoria**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Lubbock**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Pro se* Plaintiff, No Attorney, 1200 FM 655, Rosharon, Texas 77583, Telephone: N/A

Attorneys *(If Known)*
Matt D. Matzner and Morgan Day Vaughan; Crenshaw Dupree & Milam, LLP; 4411 98th St. Ste. 400, Lubbock, TX 79424; (806) 762-5281; for Defendants Barbara Sucsy and Sara L. Smith; and R. Neal Burt, Sara E. Rice and Meghan L. Rogers; Assistant District Attorneys, P.O. Box 10536, Lubbock, TX 79408, (806) 775-1112

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Plaintiff is bringing alleged Constitutional claim, including due process, equal protection, and access of court.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** Less Than 250,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: James Wesley Hendricks
DOCKET NUMBER: (1) 5:22-CV-00178; (2) 5:22-CV-0190; (3) 5:22-CV-0191; (4) 5:23-CV-00140; and (5) 5:23-CV-00180.

DATE: June 20, 2025
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  (b)  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  (c)  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III.  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.  **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 237th Court of Lubbock County, Texas | DC-2023-CV-1533 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Edrick Jamar Dunn<br>#1896519<br>Plaintiff | No Attorney<br>*Pro se* Plaintiff<br>1200 FM 655<br>Rosharon, Texas 77583 |
   | Barbara Sucsy and Sara L. Smith<br>Defendants | Matt D. Matzner<br>Texas Bar No. 00797022<br>Morgan Day Vaughan<br>Texas Bar No. 24060769<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street, Suite 400<br>Lubbock, TX 79424<br>(806) 762-5281 |
   | Jim Bob Darnell<br>Defendant | R. Neal Burt<br>Texas Bar No. 03475450<br>Sara E. Rice<br>Texas Bar No. 24110273<br>Megan L. Rogers<br>Texas Bar No. 24077249<br>Assistant District Attorneys<br>Lubbock County Courthouse<br>P.O. Box 10536<br>Lubbock, Texas 79408 |

3. **Jury Demand:**

552353v.1

    Was a Jury Demand made in State Court?  [✓] Yes   [ ] No

        If "*Yes*," by which party and on what date?

| Defendants Barbara Sucsy and Sara L. Smith | June 16, 2025 |
|---|---|
| Party | Date |

Was an Answer made in State Court?  [✓] Yes   [ ] No

        If "*Yes*," by which party and on what date?

| Defendants Barbara Sucsy and Sara L. Smith | June 16, 2025 |
|---|---|
| Party | Date |

| Defendant Jim Bob Darnell | June 16, 2025 |
|---|---|
| Party | Date |

4. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| **Party** | **Reason(s) for No Service** |
|---|---|
| N/A | N/A |
|  |  |
|  |  |
|  |  |
|  |  |

5. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| **Party** | **Reason** |
|---|---|
| N/A | N/A |
|  |  |

6. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Edrick Jamar Dunn, *Pro se* Plaintiff | The Plaintiff invokes constitutional claims and asserts that "the state court employees conspired to and did deny 'Due Process', or, 'Disobey the Writ of habeas corpus,' or, 'Abuse Process,' or, 'Deny Equal Protection,' or 'Deny Access of Court,' or, 'ILLEGALLY RESTRAIN,' or, 'Obstruct Justice,' or, 'Breach of Fiduciary Duties,' or, 'Breach of Settlement Agreement Implied In Law.'" |